FILED

Jan 04 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ yeseniab          DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 CR0094 BTM |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., |
| JOHN LEE BISHOP, | Secs. 952 and 960 – Importation of Marijuana (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about December 11, 2017, within the Southern District of California, defendant, JOHN LEE BISHOP, did knowingly and intentionally import 100 grams and more, to wit:  approximately 127.86 kilograms (281.88 pounds) of a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:   1/4/2018   .

ADAM L. BRAVERMAN
United States Attorney

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney

OYJ:es:12/20/2017