# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Barry Ted Moskowitz

| | |
|---|---|
| FROM:  T. Ferris, Deputy Clerk | RECEIVED DATE:  June 25, 2018 |
| CASE NO.  18-cr-00094-BTM-1 | DOC FILED BY:  Michael Miller |
| CASE TITLE:  USA v. Bishop | |
| DOCUMENT ENTITLED:  Ex Parte Communication | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 83.9- Ex parte communication is prohibited.

**Date Forwarded:   July 3, 2018**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  August 16, 2018          CHAMBERS OF:  The Honorable Barry Ted Moskowitz

cc: All Parties          By: _____