UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  18CR0094-BTM |
| Plaintiff, | |
| v. | ORDER TO SHORTEN TIME |
| JOHN LEE BISHOP, | |
| Defendant. | |

    **IT IS HEREBY ORDERED** that the motion for order shortening time to file defendant's sentencing memorandum is granted.

    **SO ORDERED.**

Dated:  September 18, 2018

Barry Ted Moskowitz, Chief Judge
United States District Court